IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                     Case No. 23-10077-3-JWB

TANNER SAGER,

      Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on Defendant's motion for documents from his legal proceedings. (Doc. 95.) The motion is GRANTED IN PART and DENIED IN PART for the reasons stated herein.

On August 20, 2024, Defendant pleaded guilty to a violation of 21 U.S.C. § 841(a), distribution of fentanyl. (Doc. 81.) On November 8, 2024, the court sentenced him to 120 months imprisonment. (Doc. 91.) Defendant did not file an appeal. Defendant has now filed a motion for the court to send him certain filings in this criminal case, including the docket sheet, judgment, sentencing transcript, and plea agreement. (Doc. 95.) Defendant contends that these documents are "to prepare legal documents including but not limited to 28 USC § 2255 (Habeas Corpus Petition), and . . . Compassionate Release under 18 USC § 3582(c)(1)(A)." (*Id*.) Defendant is proceeding pro se.

A defendant does not have a constitutional right to a free transcript. *Negron v. Adams*, 229 F.3d 1164 (10th Cir. 2000). However, under 28 U.S.C. § 753(f), the United States shall pay the transcript fees for a defendant who is permitted to proceed in forma pauperis ("IFP") in pursuit of a § 2255 petition so long as the trial judge certifies that (1) the suit is nonfrivolous, and (2) the

1

transcript is necessary to decide an issue in the suit. *See* 28 U.S.C. § 753(f); *Brown v. New Mexico Dist. Ct. Clerks*, 141 F.3d 1184, 1998 WL 123064, at *3 n.1 (10th Cir. Mar. 19, 1998). *See also United States v. Suarez*, No. 03-20085-01-JWL, 2007 WL 2323362, at *1 (D. Kan. Aug. 9, 2007). Additionally, although § 753(f) only references trial transcripts, the Tenth Circuit has applied the standard to requests for other free court filings. *See United States v. Lewis*, 37 F.3d 1510 (10th Cir. 1994); *see also Suarez*, 2007 WL 2323362, at *1 (concluding that the defendant needed to demonstrate a nonfrivolous claim in order to receive a free copy of his plea agreement, transcripts, and presentence report).

In his motion, Defendant merely requests a transcript "to prepare legal documents" for potential collateral attacks to his conviction under 28 USC § 2255 and 18 USC § 3582(c)(1)(A). (Doc. 95.) This does not satisfy the standard under § 753(f) since it does not allege a nonfrivolous claim Defendant intends to pursue. *United States v. Trejo-Chavez*, No. 21-10013-01-JWB, 2024 WL 3898604, at *1 (D. Kan. Aug. 22, 2024). "Because there is no present pending § 2255 motion, and defendant's request does not specifically indicate how the records and transcripts will aid him in the filing of a § 2255 motion, this court denies his request at this time." *United States v. Brooks*, No. 05-20121-CM, 2010 WL 2132489, at *1 (D. Kan. May 27, 2010). As the Tenth Circuit has confirmed, "before a defendant is entitled to a free transcript, he must make the particularized showing [of fact] required by [28 U.S.C. § 753(f)]." *Sistrunk v. United States*, 992 F.2d 258, 260 (10th Cir. 1993). However, this nonfrivolous claim standard does not apply to Defendant's criminal docket sheet, and as such, the motion is granted as to the Defendant's criminal case docket sheet and otherwise denied.

Therefore, Defendant's motion for documents (Doc. 95) is GRANTED regarding a copy of his docket sheet, and the clerk is directed to include a copy of the docket sheet with the mailing

to Defendant which contains this order. The motion is otherwise DENIED without prejudice. Defendant can file a new motion that complies with the standard set forth herein or contact the clerk's office for more information on how to obtain court filings.

IT IS SO ORDERED. Dated this 10th day of February, 2025.

                                          _s/ John W. Broomes_____
                                          JOHN W. BROOMES
                                          UNITED STATES DISTRICT JUDGE